IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CINCINNATI INSURANCE COMPANY,

    Plaintiff,

vs.

WILLIAM F. BRAUN MILK HAULING, INC., STEPHEN R. BRAUN and AMY M. FASIG,

    Defendants.

Case No. 12-cv-1075-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Cincinnati Insurance Company and against defendants William F. Braun Milk Hauling, Inc., Stephen R. Braun, and Amy M. Fasig; and

IT IS FURTHER DECLARED that

Cincinnati Insurance Company has no duty to defend or indemnify William F. Braun Milk Hauling, Inc. or Stephen R. Braun with respect to any of the allegations in the complaint in *Fasig v. William F. Braun Milk Hauling, Inc., et al.*, Case No. 12-L-10 in the Circuit Court for the Twentieth Judicial Circuit, Monroe County, Illinois.

**DATED:**    October 21, 2013    **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                              **By: s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**